IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

UNITED STATES OF AMERICA
Plaintiff

vs

JOHN D. PEREZ MONGE,
a/k/a "Johncito"
Defendant

CRIMINAL 17-0559CCC

**ORDER**

Upon calling this case for sentencing, the Court inquired of counsel if he had discussed with defendant John D. Pérez Monge the full contents of the Pre-Sentence Report. Upon answering in the affirmative, he added that "as a matter of fact, we sent an objection to the Probation Sentencing Report and this were brought to the Court's attention through the Addendum filed in this case."

Having considered the amended version of paragraph 75 of the Amended Pre-Sentence Report filed on July 27, 2018 (d.e. 30), which is the relevant part, the objection raised by defendant to the U.S. Probation Officer via e-mail to the U.S. Probation Officer on July 2, 2018 to the original paragraph 75 is OVERRULED. This is a brief statement that merely makes reference to Puerto Rico's high rate of firearms and violent crimes that does not depart from what the Court of Appeals observed in United States v. Flores-Machicote, 706 F.3d 16 (1st Cir. 2013): "[t]he incidence of particular crimes in the relevant

CRIMINAL 17-0559CCC            2

community appropriately inform and conceptualizes the relevant need for deterrence."

SO ORDERED.

At San Juan, Puerto Rico, on                              , 2018.


                                        CARMEN CONSUELO CEREZO
                                        United States District Judge